**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2012

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Jeremy Pinson , Plaintiff,

v.

David Berkebile ,

Patricia Rangel ,

FNU Anderson ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

**A. PARTIES**

1. Jeremy Pinson # 16267-064   ADX Florence
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 8500   Florence   CO   81226

2. David Berkebile - Warden - ADX Florence
   (Name, title, and address of first defendant)
   5880 Hwy 67 South   Florence   CO   81226
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE).  Briefly explain your answer:
   Federal Employee

3. Patricia Rangel - Unit Manager - ADX Florence
   (Name, title, and address of second defendant)
   5880 Hwy 67 South   Florence   CO   81226
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE).  Briefly explain your answer:
   Federal Employee

4. First Name Unknown Anderson - Officer - ADX Florence
   (Name, title, and address of third defendant)
   5880 Hwy 67 South   Florence   CO   81226
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ✓ No (CHECK ONE).  Briefly explain your answer:
   Federal Employee

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1.   I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

     ___   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

     ✓   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.   I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Plaintiff is housed in general population at ADX Florence and is housed among severely mentally disturbed inmates who live in an unsanitary manner that has caused injury to plaintiff. Defendants have refused to remedy the problem. Plaintiff now sues.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>Violation of 8th Amendment</u>

   Supporting Facts:

1. The Plaintiff is housed at ADX Florence in D-Unit a general population Unit. The Plaintiff has been housed in D-Unit from June 1, 2011 to March 31, 2012 and returned July 18, 2012 to the present.

2. Several inmates in D-Unit are Mentally disturbed and are infected with communicable diseases such as Hepatitis.

3. In 2011 inmate Kenzie Lewis during outdoor recreation repeatedly spat saliva and threw other bodily fluids into the face, eyes, Mouth of Plaintiff.

4. Following each assault a request to move away from Lewis was submitted to defendant Rangel which she denied.

5. Prior to July 18, 2012 inmate Victor Alvarez lived in a cell which he stored on the floor large amounts of disposed food, smeared blood and feces on the walls, urinated upon the floor and lived in an unsanitary way.

(continued on Page 9)

(Rev. 1/30/07)                    4

2.   Claim Two: _____ N|A _____

     Supporting Facts:

3.   Claim Three: _____ N/A _____

  Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _✓_ Yes __ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   _Over 100 lawsuits_

2. Docket number and court name:

   _Not Available in Full_

3. Claims raised in prior lawsuit:

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

5. If the prior lawsuit was dismissed, when was it dismissed and why?

6. Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   _✓_ Yes __ No  (CHECK ONE).

2. Did you exhaust available administrative remedies? _✓_ Yes __ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Compensatory Damages of $10,000
2. Punitive Damages of $15,000

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___10 - 16 - 12___
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                    8

D. Cause of Action (continued):

6. All 3 defendants observed for several months the condition of Alvarez' cell and mental state which was incoherent and nonsensical.

7. The condition of Alvarez' cell attracted large numbers of ants, poisonous spiders, flies, beetles and other pests.

8. On or about July 18, 2012 Plaintiff was moved by defendant Anderson into a cell recently vacated by Alvarez who had been moved to a nearby cell. The cell was covered in blood, feces, rotten food, insects and maggots.

9. Defendant Anderson refused to provide the Plaintiff materials to protect him from the biohazardous contamination while cleaning the cell or to clean the cell for Plaintiff.

10. Defendants Rangel and Berkebile refuse to move Plaintiff to a sanitary cell.

11. At the time of this Complaint Plaintiff is bitten daily by insects, has food constantly contaminated by insects as a result of Alvarez' unsanitary living conditions.

12. Defendants Rangel and Berkebile refuse to decontaminate Alvarez' cell or spray pesticide.

13. Plaintiff's health is in jeopardy due to pest infestation and unsanitary living conditions.

9