IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02802-BNB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
OFFICER ANDERSON,
OFFICER BOYER,
RUSS KRIST,
OFFICER KILMER,
OFFICER SUTTON,
OFFICER McAVOY,
LIEUTENANT SHORTIS, and
JOHN DOES 1-5,

    Defendants.

## ORDER TO AMEND

    On December 27, 2012, the Court granted Mr. Pinson leave to proceed pursuant to 28 U.S.C. § 1915 because he had sufficiently alleged that he was in imminent danger of serious physical injury. The Court also directed Mr. Pinson to pay a $2.00 initial partial filing fee. Rather than pay the $2.00, on January 7, 2012, Mr. Pinson filed a Motion for Order Compelling Production, ECF No. 10. In the Motion, he claims that prison staff will not provide him with a certified inmate account statement, which would show he is unable to pay the $2.00 initial partial filing fee. Mr. Pinson also filed a Motion for Preliminary Injunction and a Motion to Identify Defendants. Subsequently, on January 11, 2013, Mr. Pinson and two other inmates, Erwin Villatoro and Michael Bacote, filed a Supplement to Complaint and a Motion for Order. Mr. Villatoro and Mr.

Bacote also signed and submitted a joint Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

The Court noted in the December 27, 2012 Order that Mr. Pinson was granted leave to proceed pursuant to § 1915 only because the December 19, 2012 Amended Complaint raises claims of imminent danger of serious physical injury. Messrs. Pinson, Villatoro, and Bacote now are seeking to amend the December 19 Complaint to include additional claims and defendants. If Mr. Pinson and the other inmates desire to amend the December 19 Complaint they must submit a prisoner complaint form that includes all named parties and claims. The Court will review Mr. Pinson's ability to proceed pursuant to § 1915 after the amended complaint has been filed with the Court.

Mr. Pinson's claim that prison staff will not provide him with a certified inmate account statement is obviated by a new procedure recently implemented by the Court. Rather than file certified inmate account statements, Messrs. Pinson, Villatoro, and Bacote must submit a revised Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 which authorizes prison officials to automatically disburse funds from their inmate accounts each month funds are available to pay against the $350.00 filing fee. Accordingly, it is

ORDERED that the plaintiffs shall file all claims and list all parties on a Court-approved form used in filing prisoner complaints. It is

FURTHER ORDERED that the Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (Revised 10/1/12) are available (with the assistance of a case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov   It is

FURTHER ORDERED that all plaintiffs must sign all filings submitted to the Court and provide their own 28 U.S.C. § 1915 Motion and Affidavit. It is

FURTHER ORDERED that if within thirty days of the date of this Order the plaintiffs fail to comply with this Order the Court will dismiss the action without further notice. It is

FURTHER ORDERED that Mr. Pinson's Motion to Identify Defendants, ECF No. 9; Motion for Order Compelling Production, ECF No. 10; and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 12, are denied as moot. It is

FURTHER ORDERED that the Motion for Order, ECF No. 13, is denied.

DATED January 17, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge