**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02802-BNB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
OFFICER ANDERSON,
OFFICER BOYER,
RUSS KRIST,
OFFICER KILMER,
OFFICER SUTTON,
OFFICER McAVOY,
LIEUTENANT SHORTIS, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 22, 2013, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Shortis, ECF No. 17, and a Motion for Leave to Proceed Without Payment of Partial Fee, ECF No. 16. Based on the Court's January 17, 2013 Order, the Notice and Motion are denied as moot.

Dated: January 23, 2013