IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02802-BNB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
OFFICER ANDERSON,
OFFICER BOYER,
RUSS KRIST,
OFFICER KILMER,
OFFICER SUTTON,
OFFICER McAVOY,
LIEUTENANT SHORTIS, and
JOHN DOES 1-5,

    Defendants.

ORDER

This matter is before the Court on Jeremy Pinson's Motion to Vacate Order, ECF No. 19, filed on January 25, 2013. Mr. Pinson asks the Court to vacate the January 17, 2013 Order because he has submitted a new certified account statement and Messrs. Bacote and Villatoro have opted to withdraw from this action. Only Mr. Pinson has signed the Motion. Accordingly, it is

ORDERED that the Motion to Vacate Order, ECF No. 19, is denied because Messrs. Bacote and Villatoro, who signed the Supplement to Complaint and indicated their desire to proceed with this action, have not signed the Motion.

DATED January 31, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge