**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02802-BNB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
OFFICER ANDERSON,
OFFICER BOYER,
RUSS KRIST,
OFFICER KILMER,
OFFICER SUTTON,
OFFICER McAVOY,
LIEUTENANT SHORTIS, and
JOHN DOES 1-5,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 7, 2013, Plaintiffs filed a Motion to Reconsider Order, ECF No. 23. Based on the Court's January 31, 2013 Order, the Motion is denied. Nothing in the February 7 Motion indicates Messrs. Bacote and Villatoro do not desire to proceed in this action.

Dated: February 7, 2013