IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02802-BNB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKEBILE,
PATRICIA RANGEL,
OFFICER ANDERSON,
OFFICER BOYER,
RUSSELL KRIST,
OFFICER KILMER,
OFFICER SUTTON,
OFFICER McAVOY,
LIEUTENANT SHORTIS,
LIEUTENANT GICONI,
P. KLEIN,
S. KUTA,
R. MADISON,
J. JOHNSON,
A. BALSICK,
K. ESPENSEN,
OFFICER DAVIS,
OFFICER TERSKA, and
JOHN DOES 1-5,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jeremy Pinson, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. In an order entered on December 27, 2012, Magistrate Judge Boyd N. Boland granted Plaintiff's motion for leave to proceed pursuant to 28 U.S.C. § 1915. According to the December 27 Order, Plaintiff is responsible for either arranging a monthly payment to be paid to the Court or

in the alternative showing cause why he is not able to make a monthly payment by submitting a current certified trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

On March 11, 2013, Magistrate Judge Boyd N. Boland entered an order directing Plaintiff to respond and show cause why the action should not be dismissed for failure to comply with the December 27 Order. Plaintiff had failed either to make a monthly payment or submit a certified account statement showing cause why he could not make a payment in February. Plaintiff filed a Response to the Order to Show Cause on March 19, 2013. Plaintiff contended that the delay in providing a trust fund account statement was due to a change in procedure at ADX. Plaintiff further stated that in the future he would notify the Court of who is responsible for the delay. Nonetheless, Plaintiff now has failed in May and June either to make a payment or show cause why he is not able to do so, and he has not communicated with the Court why he has not complied with the December 27 Order.

The Court notes that Plaintiff filed three new cases during May and June, including Case Nos.13-cv-01383-BNB, 13-cv-01384-BNB, and 13-cv-1567-BNB, and was able to submit an account statement in each case. The Court also notes that one of these cases, Case No. 13-cv-01384-BNB, has been ordered drawn to a district judge to address several claims, one of which includes Plaintiff's inability to eat. Therefore, based on Plaintiff's failure to comply with the December 27 Order, even after he was reminded to comply, stated that in the future he would do so, and now for two months has failed to comply, and the fact that the Court will address Plaintiff's inability to eat

claim in Case No. 13-cv-01384-BNB, which is the only issue remaining in this case, the Court will dismiss this action.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to submit a monthly payment and comply with the December 27, 2012 Order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  25th  day of      June      , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court